GUST GUNTHER, Respondent, *v.* BERTRAM W. GIFFORD, Appellant.

(Argued January 16, 1929; decided February 13, 1929.)

*Almet Reed Latson* and *Harry H. Flemming* for appellant.

*Amos Van Etten* and *William D. Cunningham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.